# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Emanuel Valle-Vergara,

Petitioner,

v.

Luis Rosa, Jr., et al.,

Respondents.

No. CV-26-03315-PHX-AMM (JZB)

**ORDER**

Petitioner Emanuel Valle-Vergara challenged his present immigration detention, arguing he was released from immigration detention and was redetained without any due process. (Doc. 1.) The Court directed Respondents to show cause why the Petition should not be granted. (Doc. 5.) Respondents state in their response: "Respondents do not oppose the habeas petition or the requested relief of release from custody." (Doc. 9.) The Court accepts this concession as non-opposition to granting Petitioner's Petition as to his request for release from custody.

Accordingly,

**IT IS ORDERED**:

(1) Petitioner's Petition for Writ of Habeas Corpus is **GRANTED** as to his request for release from custody. (Doc. 1.)

(2) The remainder of the Petition is **DENIED AS MOOT**. (Doc. 1.)

(3) Respondents must **immediately release** Petitioner from custody under the same conditions that existed before his detention.

(4) Respondents must provide a notice of compliance within **two (2) business days** of Petitioner's release.

(5) Any pending motions are denied as moot, and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 21st day of May, 2026.

Honorable Angela M. Martinez
United States District Judge

- 2 -